LAW LIBRARY

NO. 28492

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Petitioner-Appellee,

vs.

MICHAEL TOLENTINO, Respondent-Appellant.
(CR. NO. 02-1-2816)

--------------------------------------------------

STATE OF HAWAI'I, Plaintiff,

vs.

FLORDELINO DELOS SANTOS, Defendant.
(CR. NO. 02-1-2817)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Appellee's application for writ of certiorari filed on January 4, 2010, is hereby rejected.

DATED:  Honolulu, Hawai'i, February 18, 2010.

FOR THE COURT:

*Paula A. Nakayama*

Associate Justice

Delanie D. Prescott-Tate,
Deputy Prosecuting Attorney,
for petitioner-appellee
State of Hawai'i
on the application

---

[1]Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.